UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULUALOFAIGA MANU,<br><br>    Plaintiff,<br><br>    v.<br><br>G.A.T. AIRLINE GROUND SUPPORT, INC.,<br><br>    Defendant. | No.  2:23-cv-01988-AC<br><br><u>ORDER TO SHOW CAUSE</u> |

    This matter was removed from state court on September 14, 2023.  ECF No. 1.  This action has been assigned to the Magistrate Judge under the court's automated case assignment plan.  <u>See</u> Local Rules, Appendix A, subsection (m).  Pursuant to the Local Rule and the Civil Case Documents issued in this case (ECF No. 7) the parties are required to return the "CONSENT / DECLINE OF U.S. MAGISTRATE JUDGE JURISDICTION" form to the Clerk within 90 days from the date the action was filed, or within 14 days of removal from state court.  ECF No. 4 at 2.  The parties were cautioned that "[f]ailure to do so may result in the court vacating a hearing or declining to resolve the motion until all consent designations have been submitted."

    Because this is a removal action, the parties' consent/decline forms were due on September 28, 2023.  The parties have not filed their forms.  The parties are therefore ORDERED TO SHOW CAUSE in writing by October 9, 2023 why they have not filed their consent/decline

forms.  Submission of the forms will automatically discharge this order.  Failure to file the forms or show good cause may result in sanctions.

      IT IS SO ORDERED.

DATED: September 29, 2023

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE