KANE MOON (SBN 249834)
E-mail: kmoon@moonlawgroup.com
LILIT TER-ASTVATSATRYAN (SBN320389)
E-mail: lilit@moonlawgroup.com
HOLLY WILLIAMS (352269)
E-mail: hwilliams@moonlawgroup,com
MOON LAW GROUP, PC
725 S. Figueroa St., 31st Floor
Los Angeles, California 90017
Telephone: (213) 232-3128
Facsimile: (213) 232-3125

Attorneys for Plaintiff Ulualofaiga Manu

(*Caption continues on next page*)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ULUALOFAIGA MANU, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GAT AIRLINE GROUND SUPPORT, INC.; DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:23-CV-01988-TLN-AC<br>Assigned to: The Hon. Troy L. Nunley<br><br>**ORDER GRANTING REQUEST TO FURTHER STAY ACTION**<br><br>Complaint Filed: June 20, 2023 |
|---|---|

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ROBERT MUSSIG, Cal. Bar No. 240369
rmussig@sheppardmullin.com
DEVIN S. LINDSAY, Cal. Bar No. 324967
dlindsay@sheppardmullin.com
EMMA HUSSEMAN, Cal. Bar No. 347097
ehusseman@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398

Attorneys for Defendant
GAT AIRLINE GROUND SUPPORT, INC.

**ORDER**

The Court has before it the Joint Report and Stipulation to Further Stay this Action filed by Plaintiff Ulualofaiga Manu and Defendant GAT Airline Ground Support, INC. (collectively "the Parties"). Having reviewed the Parties' Joint Report and Stipulation and finding good cause, the Court hereby GRANTS the parties request to further stay this Action and ORDERS as follows:

1. This Action is further stayed pending final resolution in the case *Marcelina Pereyra v. GAT Airline Ground Support Inc.*, San Diego County Superior Court Case No.: 37-2024-00000064-CU-OE-CTL; and

2. All future dates and deadlines in this Action are hereby vacated.

IT IS SO ORDERED.

DATED: January 6, 2025

_____
Troy L. Nunley
Chief United States District Judge